**Order filed September 30, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-14-00421-CR

————————

**ERIC DEWAYNE SMALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 0985103

## AMENDED ORDER

The Court has determined that one exhibit, defendant's audio statement, marked by the official court reporter as either State's Exhibit 21 or State's Exhibit 13 was not included as part of the reporter's record forwarded to this Court on appeal.

Accordingly, the exhibit clerk of the 209th District Court is directed to deliver to the Clerk of this Court defendant's audio statement. *See* Tex. R. App. P. 34.5(f), 34.6(g)(2). The Clerk of this Court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this Court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 21 or State's Exhibit 13 to the clerk of the 209th District Court.

PER CURIAM